# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

**JOSEPH DALEO**

Plaintiff,

v.                                              Case No. 8:11-cv-2521-T-30TBM

**KENNETH JACKSON and JASON ASBURY**

Defendants.

_____

## JUDGMENT IN A CIVIL CASE

**Jury Verdict.**   This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**IT IS ORDERED AND ADJUDGED** that judgment is entered in favor of the Defendants Kenneth Jackson and Jason Asbury.

Date: November 12, 2013                    SHERYL L. LOESCH, CLERK

                                           *[signature]*

                                           By: S. Boswell, Deputy Clerk